AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2: 17-cv-1791-UJB-AKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kenneth Gomany**

was received by me on *(date)* **10/25/2017**.

☑ I personally served the summons on the individual at *(place)* **Ken Gomany Law Office, 2001 Park Pl Ste. 260 Birmingham, AL 35203** on *(date)* **10/25/17**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/26/2017**

*Server's signature*

**Isabel Flores-Ganley, Outreach Paralegal**
*Printed name and title*

**Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104**
*Server's address*

Additional information regarding attempted service, etc:
In addition to the original issued summonses and a hard copy of the complaint, I served electronic copies on a CD disc of the following: (1) complaint with exhibit, (2) the Notice to Counsel issued Oct. 24, 2017, (3) Plaintiff's Motion for Preliminary Injunction, including memorandum in support and proposed order, (5) the Declaration of Catherine "Gina" Harper with exhibit, (6) the Declaration of Jennifer Essig with exhibits, and (7) the Declaration of Sara Zampierin in Support of Plaintiff's Motion for Preliminary Injunction and Motion for Class Certification with exhibits.