Civil Action No. 2:17-cv-1791-UJB-AKK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Professional Probation Services, Inc.
was received by me on *(date)* 10/26/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System, 2 N Jackson St Ste. 605, , who is designated by law to accept service of process on behalf of *(name of organization)*
Professional Probation Services, Inc. on *(date)* 10/26/2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-26-2017

*Server's signature*

Rachel Grossman, Paralegal
*Printed name and title*

Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
*Server's address*

Additional information regarding attempted service, etc:

In addition to the original issued summonses and a hard copy of the complaint, I served electronic copies on a CD disc of the following: (1) complaint with exhibit, (2) the Notice to Counsel issued Oct. 24, 2017, (3) Plaintiff's Motion for Preliminary Injunction, including memorandum in support and proposed order, (4) Plaintiff's Motion for Class Certification, including memorandum in support and proposed order, (5) the Declaration of Catherine "Gina" Harper with exhibit, (6) the Declaration of Jennifer Essig with exhibits, and (7) the Declaration of Sara Zampierin in Support of Plaintiff's Motion for Preliminary Injunction and Motion for Class Certification with exhibits.