# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CATHERINE REGINA HARPER,** on behalf of herself and those similarly situated, and **JENNIFER ESSIG,** | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action Number ) **2:17-cv-1791-UJB-AKK** |
| v. | ) ) |
| **PROFESSIONAL PROBATION SERVICES, INC.; THE CITY OF GARDENDALE, ALABAMA,** a municipal corporation; and **KENNETH GOMANY,** in his official capacity as Judge of the Gardendale Municipal Court, | ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## ORDER

Consistent with the Joint Motion to Dismiss, doc. 48, all claims against the City of Gardendale and Judge Kenneth Gomany are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear his, her, or its costs. The claims against Professional Probation Services, Inc. remain.

**DONE** the 7th day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE